**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION
CASE NO: 1:20-cv-24870-BLOOM/Otazo-Reyes

RANIERO GIMENO,

    Plaintiff,

vs.

NCHMD, INC. and NCH HEALTHCARE
SYSTEM, INC.,

    Defendant.
_____/

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Plaintiff/Appellant, Raniero Gimeno, by and through undersigned counsel, hereby amends the Notice of Appeal[1] filed on May 27, 2021 [DE 43] to the United States Court of Appeals for the Eleventh Circuit from the Order on Defendant's Motion to Dismiss Amended Complaint in a Civil Case dated April 27, 2021 and entered April 28, 2021 [DE 42]. Dismissal was granted in favor of Defendants against Plaintiff. A copy of the Order on Defendant's Motion to Dismiss Amended Complaint is attached as "Exhibit A".

Respectfully submitted this 28th day of May 2021.

                                            */s/ Edward P. Dabdoub*
                                            Edward Philip Dabdoub (FBN: 45685)
                                            eddie@longtermdisability.net
                                            DABDOUB LAW FIRM, P.A.
                                            1600 Ponce de Leon Blvd., Ste. 1202
                                            Coral Gables, Florida 33134
                                            Telephone: 305-754-2000
                                            Facsimile: 305-754-2007
                                            *Counsel for Plaintiff*

---

[1] In its May 27, 2021 Notice of Appeal, Plaintiff inadvertently referred to the Order of Dismissal as a Final Judgment.

**CERTIFICATE OF SERVICE**

I CERTIFY that on the 28th day of May 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send a notice of electronic filing to the following:

**Matthew D. Grabell (pro hac vice)**
FORD HARRISON LLP
271 – 17th Street, NW, Suite 1900
Atlanta, Georgia 30363
mgrabell@fordharrison.com

**David M. Kalteux**
Florida Bar No. 0118746
101 E. Kennedy Blvd., Suite 900
Tampa, Florida 33602
dkalteux@fordharrison.com

**Tammie L. Rattray**
Ford & Harrison
101 E Kennedy Boulevard, Suite 900
Tampa, Florida 33602
813-261-7800
261-7899 (fax)
trattray@fordharrison.com

*/s/ Edward Philip Dabdoub*
Edward Philip Dabdoub (FBN. 45685)
eddie@longtermdisability.net